FILED

13 DEC 23 PM 4:13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE COMPANY, individually and on behalf of all similarly situated in the State of California,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-15,<br><br>  Defendants. | CASE NO. 13-CV-2099-BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE PENDING RESOLUTION OF RELATED CRIMINAL PROCEEDINGS**<br><br>[Docket No. 6] |

Before this Court is a Joint Motion to Stay Proceedings Pending Resolution of Related Criminal Proceedings. (Docket No. 6). A court has discretion to stay a civil case "when the interests of justice" require the action. *Keating v. Office of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995). The decision is to be made "in light of the particular circumstances and competing interests involved in the case." *Id.* (citation omitted).

The present civil proceeding challenges the actions of federal agents in conducting an investigation related to the pending criminal proceeding in *United States v. Pollock*, 12-CR-4599-MMA (S.D. Cal.). (Joint Mot. at 2). The parties assert that a stay would prevent civil discovery from interfering with the criminal case and promote efficiency. (*Id.* at 2-4). Upon full review of the briefing in this matter, this Court agrees that it is in the interests of justice to stay this case pending resolution of

1 | the criminal proceeding.

2 |     The case is therefore **STAYED**.

3 |     The parties are **ORDERED** to file status reports no later than **May 19, 2014**
4 | informing this Court of the progress of criminal proceedings and whether the party
5 | seeks to continue the stay.

6 |     **IT IS SO ORDERED**.

8 | Dated: December 20, 2013

                               HON. ROGER T. BENITEZ
                               United States District Judge