# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE COMPANY, and on behalf of all similarly situated in the State of California,<br><br>Plaintiff,<br>v.<br>JOHN DOES 1–15, et al.,<br><br>Defendants. | Case No.: 13cv2099-MMA (RBB)<br><br>**ORDER:**<br><br>**LIFTING STAY;**<br><br>**SETTING DEADLINE TO ANSWER COMPLAINT** |

On December 23, 2013, the Court entered an order staying this action until the conclusion of the related criminal proceedings in *United States v. Pollock*, 12cr4599-MMA (S.D. Cal). *See* Doc. No. 6. The criminal proceedings have concluded. Accordingly, the Court **LIFTS** the stay in this case, and **ORDERS** Defendant Gabriel Kornacki to answer or otherwise respond to the complaint within thirty days of this Order.

**IT IS SO ORDERED.**

Dated: August 25, 2016

Hon. Michael M. Anello
United States District Judge