CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
RYAN S. WATSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6481 / 202-514-5173 (v)
202-307-0054 (f)
henry.c.darmstadter@usdoj.gov
ryan.watson@usdoj.gov

*Attorneys for Special Agent Gabriel Kornacki*

LAURA DUFFY
United States Attorney
Southern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe Company, and on behalf of all similarly situated in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>John Does 1-15,<br><br>Defendant. | Case No. 3:13-cv-2099-MMA-RBB<br><br>**DECLARATION OF DAVID D. LESHNER** |

I, David D. Leshner, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed as an Assistant United States Attorney with the United States Attorney's Office for the Southern District of California. I was the attorney assigned to the criminal prosecution of Blaine Pollock in the case captioned United States v. Pollock, Case No. 12-cr-4599-MMA. I make this declaration in support of Special Agent Gabriel Kornacki's Motion to Dismiss the Plaintiff's Complaint in this matter.

2. On August 13, 2012, prior to Blaine Pollock's indictment, I met with Attorney Robert Barnes, counsel for Mr. Pollock. A copy of my email detailing this meeting is attached to this Declaration as **Exhibit A**.

3. At the conclusion of the meeting, Mr. Barnes provided me with a draft complaint naming Gabe Kornacki, Eric Helfand, Tom Martinez, Felicia McCain, and Maria Alvarez and me as defendants. A copy of this draft complaint provided to me on August 13, 2012 is attached to this Declaration as **Exhibit B**.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 11/4/16

David D. Leshner
Assistant United States Attorney