CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

HENRY C. DARMSTADTER
RYAN S. WATSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6481 / 202-514-5173 (v)
202-307-0054 (f)
henry.c.darmstadter@usdoj.gov
ryan.watson@usdoj.gov

*Attorneys for Special Agent Gabriel Kornacki*

LAURA DUFFY
United States Attorney
Southern District of California
*Of Counsel*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe Company, and on behalf of all similarly situated in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>John Does 1-15,<br><br>Defendant. | Case No. 3:13-cv-2099-MMA-AGS<br><br>**DECLARATION OF RYAN S. WATSON** |

I, Ryan S. Watson, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am employed as an attorney with the United States Department of Justice, Tax Division, in Washington, D.C. I represent IRS Special Agent Gabriel Kornacki in the above-captioned matter. I make this declaration in support of Mr. Kornacki's Motion to Dismiss.

2. In my representation of Mr. Kornacki in the above-captioned matter, I have obtained various documents from the related criminal case and conviction of Blaine Pollock, *United States v. Pollock*, S.D. Cal. No. 3:12-cr-04599-MMA, which I have attached to this Declaration and describe in detail below.

3. On October 5, 2016, Assistant United States Attorney David Leshner, the attorney responsible for the criminal prosecution of Blaine Pollock, sent me a copy of a Search Warrant issued by the Court on March 15, 2011 in the Pollock criminal case. A copy of the Search Warrant is attached to this Declaration as **Exhibit A**.

4. On October 5, 2016, Mr. Leshner sent me a redacted copy of Gabriel Kornacki's Affidavit in Support of Application ("Search Warrant Affidavit"), which was submitted to the Court in the Pollock criminal case on March 15, 2011.

A copy of the Search Warrant Affidavit is attached to this Declaration as **Exhibit B**.

5. On November 4, 2016, I obtained documents from the Pollock criminal case via the Court's CM/ECF website. Those documents are referenced in Mr. Kornacki's Memorandum of Points and Authorities in Support of Motion to Dismiss and are attached to this Declaration as follows:

a) A copy of the Criminal Docket for Case # 3:12-cr-04599-MMA is attached as **Exhibit C**.

b) A copy of the United States' Notice of Motion and Motion for Authorization to Access Imaged Computer Server and supporting Memorandum of Points and Authorities is attached as **Exhibit D**.

c) A copy of Blaine Pollock's Memorandum of Points and Authorities opposing the United States' Motion for Authorization to Access Imaged Computer Server is attached as **Exhibit E**.

d) A copy of the Court's Transcript of the hearing on the United States' Motion for Authorization to Access Imaged Computer Server is attached as **Exhibit F.**

e) A copy of Blaine Pollock's Notice of Appeal of the Court's Minute Order granting the United States' Motion for Authorization to Access Imaged Computer Server is attached as **Exhibit G**.

f) A copy of the United States Court of Appeals for the Ninth Circuit's Order dismissing Blaine Pollock's appeal of the Court's Minute Order granting the United States' Motion for Authorization to Access Imaged Computer Server is attached as **Exhibit H**.

g) A copy of Blaine Pollock's Status Report regarding the United States' access to the imaged computer server is attached as **Exhibit I**.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2016

Ryan S. Watson
Trial Attorney, Tax Division
U.S. Department of Justice